## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**KRISTIN M. ALBY,**

    **Plaintiff,**

**vs.**                                                  **Case No.: 05-CV-829**

**RACINE COUNTY and**
**WILLIAM L. McREYNOLDS,**

    **Defendants.**

## ORDER TO DISMISS

Based upon the Stipulation and Agreement for Dismissal of all parties on file herein,

IT IS HEREBY ORDERED that the plaintiff's claims and causes of action as against Racine County and its officials, agents, servants and employees including William L. McReynolds, shall be dismissed on their merits, with prejudice and without costs, fees or disbursements to any of the parties herein.

Dated this 8th day of November, 2006.

                                      BY THE COURT:

                                      s/ Rudolph T. Randa
                                      RUDOLPH T. RANDA
                                      District Court Judge